UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KAWANA FRENCH**
             **Plaintiff,**        **CASE NUMBER: 10-14296**
                                      **HONORABLE VICTORIA A. ROBERTS**
v.                                            **MAG. JUDGE WHALEN**

**COMMISSIONER OF SOCIAL SECURITY,**

             **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 29, 2011 Magistrate Judge Whalen issued a Report and Recommendation [Doc.17], recommending that Defendant's Motion for Summary Judgment [Doc. 16] be granted and Plaintiff's Motion for Summary Judgment [Doc. 15] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation. Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.

    **IT IS ORDERED**.

                                                             /s/ Victoria A. Roberts
                                                             Victoria A. Roberts
                                                              United States District Judge

Dated: October 25, 2011

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Kawana French by electronic means or U.S. Mail on October 25, 2011.

S/Linda Vertriest
Deputy Clerk